(July 23, 1970)

In the Matter of STATE DIVISION OF HUMAN RIGHTS, Petitioner, v. DOMINIC MERANTE et al., Respondents.— MEMORANDUM BY THE COURT.

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur in memorandum by the court.